United States District Court
Southern District of Texas
**ENTERED**
November 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **MOHAMMED ZAKARIA ABDELHAMID HAROUN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01454** |
| | § | |
| **WARDEN RIO GRANDE DETENTION CENTER, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On August 24, 2026, Respondents informed the Court that Petitioner was detained under 8 U.S.C. § 1231(a) pursuant to a final order of removal and that "ICE [was] working to effectuate Petitioner's removal as quickly as possible." (Dkt. 10 at 2; Dkt. 10 at 5.) Respondents are **ORDERED** to submit an advisory **on or before November 9, 2026**, informing the Court whether Petitioner remains detained.

IT IS SO ORDERED.

SIGNED this November 5, 2026.

Diana Saldaña
United States District Judge